# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIEL FELIX,

        Plaintiff,

    vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant

Case No.: 5:16-cv-00173-AS

{~~PROPOSED~~}**AMENDED** ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of **$3,300.00** as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    February 9, 2018

                    / s / Alka Sagar
              THE HONORABLE ALKA SAGAR
              UNITED STATES MAGISTRATE JUDGE